IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA KILSON-MITCHELL,<br>*Plaintiff,* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRINITY HEALTH MID ATLANTIC,<br>*Defendant.* | : | NO.  21-cv-00693 |

### O R D E R

**AND NOW,** this 2nd day of July 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)